```
4/16/70     ORDER TO SHOW CAUSE AND NOTICE OF HEARING - 5/22/70 in Washington, D. C.
              (Copies sent certified mail, return receipt requested to all counsel;
              copies to transferor judges and hearing clerk)

4/27/70     Filed ltr fr def. Northeast Airlines requesting ext. of time to & Inc. 5/11
              for responding to SCO

4/27/70     Entered order ext. time for ALL RESPONSES to SCO to & incl. 5/11/70/

5/6/70      Filed ORDER AMENDING 4/16 SCO by adding Collins v. NE Airlines to Sch. A.
              Copies to involved judge; hearing clerk; and involved counsel

5/11/70     Filed Response of Northeast Airlines, Inc. to Show Cause Order w/Proof of Service.

5/11/70     Filed response of five Vermont plaintiffs, KIPP, WATSON, Chamberlin (2 actions) McLaughlin w/Supporting Affidavit & Proof of Service

5/11/70     Filed Concurrence of Kollsman Instrument Corp. w/Response of NEAirlines, Inc.

5/12/70     Filed ltr/response of Fairchild Hiller Corp. (concurs in response of NE Airlines.

5/13/70     Response of Collins Radio Co., Inc.

5/18/70     Response (w/supporting affidavit) of pl. J. William Hudson (No. 5818) and
              Geno Benedini (No. 5819) Vemont.

6/11/70     OPINION & ORDER transferring 1 case from E. D. Pa.; 10 cases from Vt.; 1 case
              from S.D. N.Y.; and 1 case from E.D. N.Y. to the District of New Hampshire
              for consolidated pretrial before Judge Hugh H. Bownes.  Copies to transferee
              clerk and judge; transferor judges and clerks; publishers; members of the Panel
              involved counsel; and hearing clerk.

6/11/70     CONSENT OF TRANSFEREE COURT to assignment of litigation to District of New
              Hampshire signed by Judge Hugh H. Bownes.

8/21/70     BERNARD DESMOND V. NORTHEAST ARL., INC., et al, N.D. Ohio, No. C70-475
              CTO ENTERED TODAY.  SENT TO ALL COUNSEL AND INVOLVED JUDGES

9/1/70      BERNARD DESMOND V. NORTHEAST ARL., INC., et al, N.D. Ohio, No. C-70-475
              CTO EFFECTIVE TODAY.  NOTIFIED TRANSFEREE CLERK AND INVOLVED JUDGES

9/15/70     Joint Motion of Pl. and Def. NE Airlines for transfer of Desmond v. NE., N.D.
              OHIO, No. C-70-475 (action already transferred by Panel - 9/1/70)

9/18/70     ORDER denying motion of Pl. and Def. NE Airlines for transfer of Desmond v. NE.,
              N.D. Ohio, No. C-70-475.  Sent to all counsel, involved judges and clerks.

10/2/70     VIRGILIO BONACORSI V. NORTHEAST AIRLINES, INC., ET AL, VERMONT, No. 6048
              CTO ENTERED TODAY.  SENT TO ALL COUNSEL AND INVOLVED JUDGES

10/20/70    VIRGILIO BONACORSI V. NORTHEAST AIRLINES, INC., ET AL, VERMONT, No. 6048
              CTO EFFECTIVE TODAY.  NOTIFIED TRANSFEREE CLERK AND INVOLVED JUDGES

10/29/70    GINO BENEDINI, ETC. V. UNITED STATES OF AMERICA, VERMONT, NO. 6073
              J. WILLIAM HUDSON, ETC. V. U.S. OF AMERICA, VERMONT, NO. 6074
              RICHARD L. VEECH & SARA S. VEECH V. WILCOX CO., INC., ET AL, MASS., NO. 70-1396-G
              CTO ENTERED TODAY.  SENT TO ALL COUNSEL AND INVOLVED JUDGES

11/16/70    GINO BENEDINI, ETC. V. U.S.A., Vermont, No. 6073
              J. WILLI
```

| | |
|---|---|
| 10/30/70 | ALFRED E. SUTHERLAND, et al v. Wilcox Electric Co., Inc., et al, Mass., No. 70-1376-G.  CTO ENTERED TODAY.  SENT TO ALL COUNSEL AND INVOLVED JUDGES |
| 11/16/70 | GINO BENEDINI, ETC. V. U.S.A. Vermont, No. 6073<br>J. WILLIAM HUDSON, ETC. V. U.S.A. Vermont, No. 6074<br>RICHARD L. VEECH & SARA S. VEECH V. WILCOX CO., Inc., et al, Mass. No. 70-1396-G<br>CTO EFFECTIVE TODAY.  NOTIFIED TRANSFEREE CLERK AND INVOLVED JUDGES. |
| 11/17/70 | ALFRED E. SUTHERLAND, et al v. Wilcox Electric Co., Inc., et al, Mass., No. 70-1376-G.  CTO EFFECTIVE TODAY.  NOTIFIED TRANSFEREE CLERK AND INVOLVED JUDGES |
| 11/20/70 | PHILIP J. PLUNKETT, ETC. V. NORTHEAST AIRLINES, INC., et al, S.D. N.Y., No. 70 Civ. 4651.  CTO ENTERED TODAY.  SENT TO PANEL ATTY. SERV. LIST AND TO INVOLVED JUDGES |
| 12/8/70 | PHILIP J. PLUNKETT, ETC. V. Northeast Airlines, Inc., et al, S.D. N.Y., No. 70 Civ. 4651.  CTO EFFECTIVE TODAY.  NOTIFIED TRANSFEREE CLERK AND INVOLVED JUDGES. |
| 1/5/71 | CALVIN W. OSHA V. NORTHEAST AIRLINES, INC., ET. AL., VERMONT, CIV. NO.6143  CTO ENTERED TODAY.  SENT TO ALL COUNSEL AND INVOLVED JUDGES |
| 1/21/71 | CALVIN W. OSHA V. NORTHEAST AIRLINES, INC., ET. AL., VERMONT, CIV. NO. 6143  CTO EFFECTIVE TODAY.  NOTIFIED TRANSFEREE CLERK AND INVOLVED JUDGES. |
| 10/4/71 | NORTHEAST AIR V. MCDONNELL-DOUGLAS CORP., D. MASS, Civ. 71-2006-J  CTO entered today.  Notified transferor judge, transferee judge. |
| 1/20/71 | NORTHEAST AIR V. MCDONNELL-DOUGLAS CORP., D. MASS, Civ. 71-2006-J  CTO final today.  Notified transferee clerk, transferor clerk, involved judges. |

O*O - 6/11/70 - 314 F. Supp. 62

DOCKET NO. 43

all dismissed
per Ctr of 1/26/73

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

MULTIDISTRICT CIVIL ACTIONS INVOLVING THE AIR CRASH DISASTER NEAR HANOVER, NEW HAMPSHIRE ON OCTOBER 25, 1968

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-1 | •David D. Hobbs, et al. v. Northeast Airlines, Inc., et al. (Est. Nettl) 3d pty comp dism - 4/14/72 | E.D. Pa. 69-1335 | Fullam | 6/11/70 | 43-1 3180 |
| A-2 | •Patricia-Anne Hillman Gil, etc. v. Fairchild Hiller Corp., et al. dism cross claim dism 4/14/72 | N. Hampshire 3053 | Bownes | NT | |
| A-3 | •J. William Hudson, etc. v. Northeast Airlines, Inc., et al. dism cross claim dism 4/14/72 | Vermont 5818 | | 6/11/70 | 3166 |
| A-4 | •Gino Benedini, etc. v. Northeast Airlines, Inc., et al. dism cross claim dism 4/14/72 | Vermont 5819 | | " | 3167 |
| A-5 | •William Gravel, etc. v. Northeast Airlines, Inc., et al. dismissed 3/1/71 | Vermont 5839 | | " | 3168 |
| A-6 | •William Gravel, etc. v. United States of America closed | Vermont 5840 | | " | 3169 |
| A-7 | •Claire H. Havelka, etc. v. Northeast Airlines, Inc. dism | S.D.N.Y. 69 Civ 3663 | | | 3176 43-14 |
| A-8 | •Charles Bruce Schneider, etc. v. Northeast Airlines, Inc., et al. dismissed 12/31/71 | S.D.N.Y. | | | Transferred to N.H.-No. 3119 |
| A-9 | •Dorothy Cornelius Smith, etc. v. Northeast Airlines, Inc. dism | E.D.N.Y. 69 C 263 | Mishler | " | 3152 |
| A-10 | •Katie Dawkins, etc. v. Northeast Airlines, Inc. 3d pty compl dism 4/14/72 | E.D.N.Y. 69 C 1538 | " | " | 3154 |
| A-11 | •Mathew Birnbaum, etc. v. Northeast Airlines, Inc. dism | E.D.N.Y. 69 C 1398 | " | " | 3153 |
| A-12 | •Frederick Kipp, etc. v. Northeast Airlines, Inc., et al. (Est. Searles) dism | Vermont 5866 | | " | 3170 |
| A-13 | •Joan M. Watson, etc. v. Northeast Airlines, Inc., et al. dism | Vermont 5869 | | " | 3171 |
| A-14 | •Stanley L. Chamberlin, etc. v. Northeast Airlines, Inc., et al. (Est. Magalsky) | Vermont 5875 | | 3/24/71 | 3172 |
| A-15 | •Elizabeth A. McLaughlan, etc. v. Northeast Airlines, Inc., et al. dism | Vermont 5876 | | " | 3173 |
| A-16 | •Stanley L. Chamberlin, etc. v. Northeast Airlines, Inc., et al. (Est. Alexander Magalsky) | Vermont 5877 | | 3/24/71 | 3174 |

CONTINUED

DOCKET NO. 43

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

MULTIDISTRICT CIVIL ACTIONS INVOLVING THE AIR CRASH DISASTER NEAR HANOVER, NEW HAMPSHIRE ON OCTOBER 25, 1968

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-17 | •George Collins, etc. v. Northeast Airlines, Inc., et al. *collins dismissed & Rottess* | Vermont 5906 | 6/10/70 | | 3175  43-13  TAG-ALONGS |
| A-18 | •Bernard Desmond v. Northeast Airlines, Inc., et al  8/21/70 *dism* | N.D. Ohio C70-475 | 9/1/70 | ↓ | 3202 |
| A-19 | •Virgilio Bonacorsi v. Northeast Airlines, Inc., et al  10/2/70 *dism* | Vermont 6048 | 10/20/70 | | 3273 |
| A-20 | •Gino Benedini, etc. v. United States of America *cross claim dism* | Vermont 6073 | 11/4/70 | | 3266 |
| A-21 | •J. William Hudson, etc. v. United States of America *cross claim dism 4/14/92* | Vermont 6074 | 11/4/70 | | 3265 |
| A-22 | •Richard L. Veech & Sara S. Veech v. Wilcox Electric Co., Inc., et al *dism* | Mass. 70-1396-G | 11/16/70 | (20) | 3267 |
| A-23 | •Alfred E. Sutherland, et al v. Wilcox Electric Co., Inc., et al *dism* | Mass. 70-1376-G | 11/17/70 | | 3265 |
| ~~A-24~~ | ~~Mathew Birnbaum, etc. v. Northeast Airlines, Inc., et al~~  A-11 | ~~N.Y.,E. 69 Civ 1398~~ | | | |
| ~~A-25~~ | ~~Claire H. Havella, etc. v. Northeast Airlines, Inc., et al~~  A-7 | ~~N.Y., S. 69 Civ 2663~~ | | | |
| A-24 | •Philip J. Plumkett, etc. v. Northeast Airlines, Inc., et al *dismissed 6/1/71* | N.Y., S. 70 Civ 4651 | 12/8/70 | | 1/12/1-3272 |
| A-25 ✗ | •Calvin W. Osha v. Northeast Airlines, Inc., et al  *dismissed* | Vermont 6143 | Oakes 1/21/71 | | 1/21/71-3280  43-29 |
| | ✗ 23 *transferred to* 6/30/71 | | | | |
| B-1 | Northeast Airlines, Inc. v. McDonnell-Douglas Corp.  10/4/71 *dism* | Massachusetts 71-2006-J | JULIAN | 10/20/71 | 3415 |

DOCKET NO. 43

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

MULTIDISTRICT CIVIL ACTIONS INVOLVING THE AIR CRASH DISASTER NEAR HANOVER, N. H.

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| | | N. H. | | | |
| XYZ-1 | Richard L. Veech & Sara S. Veech v. NE Airlines, et al. *cross claim dism 4/14/72* | 3185 | 43-18 | | |
| XYZ-2 | Richard L. Veech & Sara S. Veech v. U.S. *cross claim dism 4/14/72* | 3186 | | | |
| XYZ-3 | Judith Ann Nilsson, Adminstrx. (Linnell) v. NE Airlines, Inc., et al. *cross claim dism 4/14/72* | 3224 | 43-20 | | |
| XYZ-4 | Judith Ann Nilsson *Adminstrx. (Linnell) v. United States of America *cross claim dism 4/14/72* | 3225 | | | |
| XYZ-5 | Walter A. Rawson, Extr. *Rawson v. Wilcox Electric Co., Inc., et al. *dism* | 3226 | 43-21 | | |
| XYZ-6 | Walter A. Rawson (Extr. (Rawson) v. United States of America *dism* | 3227 | | | |
| XYZ-7 | Robert W. Newcomb, Admstr. (Newcomb) v. v. Wilcox Electric Co., Inc., et al. *dism* | 3229 | 43-22 | | |
| XYZ-8 | Robert E. Newcomb, Admstr. (Newcomb) v. v. United States of America *dism* | 3284 | | | |
| XYZ-9 | Helene A. Rapsis, Admstr. (Rapsis) v. Wilcox Electric Co., Inc., et al. *dism 4/14/72* | 3230 | 43-23 | | |
| XYZ-10 | Helen A. Rapsis, Admstr. (Rapsis) v. United States of America *dism 4/14/72* | 3242 | | | |
| XYZ-11 | Robert B. Swift, Admstr. (Swift) v. Fairchild Hiller Corp., et al. *cross claim dism 4/14/72* | 3231 | 43-24 | | |
| XYZ-12 | Robert B. Swift, Admstr. (Swift) v. United States of America *cross claim dism 4/14/72* | 3232 | | | |

## ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION

Liaison Counsel

| No. | | |
|---|---|---|
| | John Cullity, Esq.<br>Sheehan, Phinney, Bass & Green<br>Amoskeag Bank Bldg.<br>Manchester, New Hampshire 03101<br>(Liaison Counsel for Pls.)<br><br>Walter Foulke, Esq.<br>Drinker, Biddle & Raeth<br>1100 Philadelphia Nat'l Bank Bldg.<br>(Lead Counsel for Pls.)<br><br>Franklin N. Cunningham, Esq.<br>Warner & Stackpole<br>28 State St.<br>Boston, Mass. 02109<br>(Lead Counsel for Pls.)<br><br>Frederic K. Upton, Esq.<br>Upton, Sanders & Upton<br>10 Centre St.<br>Concord, New Hampshire 03301<br>(Liaison Counsel for all Defs. relative to Pretrial Discovery of the Pls.)<br><br>Frederic K. Upton, Esq.<br>Healy and Donnelly<br>10 Centre St.<br>Concord, New Hampshire 03301<br>(Lead & Liaison Counsel for the Defs.)<br><br>Lawrence E. Spellman, Esq. NC<br>Sulloway, Hollis, Godfrey & Soden<br>9 Capitol St.<br>Concord, New Hampshire 03301<br>(Fairchild Hiller Corp.)<br><br>Matthias J. Reynolds, Esq. NC<br>Devine, Millimet, McDonough, Stahl & Branch<br>1838 Elm St.<br>Manchester, New Hampshire 03105<br>(Collins Radio Co.) | Richard Hull, Esq. NC<br>Dick, Hackel & Hull<br>50 Center St.<br>Rutland, Vt. 05701<br>(Collins Radio Co.)<br><br>Robert Chies, Esq. NC<br>Wadleigh, Starr, Peters, Dunn & Kohls<br>95 Market St.<br>Manchester, New Hampshire 03101<br>(Wilcox Electric)<br><br>Maurice Noyer, Esq. NC<br>Haight, Gardner, Poor & Havens<br>80 Broad St.<br>New York, New York 10004<br>(Wilcox Electric) (Westinghouse)<br><br>Charles Leahy, Esq. NC<br>Orr & Reno<br>95 N. Main St.<br>Concord, New Hampshire 03301<br>(Kollsman Instrument Corp.)<br><br>David A. Brock, Esq. NC<br>U.S. Attorney<br>Federal Bldg.<br>55 Pleasant St.<br>Concord, New Hampshire 03301<br>(U.S. Government) |

ADDITIONAL LIAISON COUNSEL

| No. | | |
|---|---|---|
| | Robert E. Davis, Esq.<br>Post Office Box 666  (A-20 & 21)<br>Barre, Vt. 05641 | |
| | McDonnell-Douglas Corp.<br>6151 W. Centinela<br>Suite 728           (A-22)<br>Los Angeles, Calif. | |
| | Timothy J. Healey, Esq.<br>Healey & Donnelly   (A-23)<br>200 Park Ave.<br>New York, N.Y. | |
| ~~A-24~~ | ~~Abraham Fuchsberg, Esq.~~<br>~~Fuchsberg & Fuchsberg~~<br>~~250 Broadway~~<br>~~New York, N.Y. 10007~~ | |
| ~~A-25~~ | ~~King, Edwards & O'Connor~~<br>~~Bar Bldg.~~<br>~~White Plains, New York 10601~~ | |
| A-24 | Speiser, Shumate, Geoghan, Krause & Rheingold<br>200 Park Ave.<br>New York, New York 10017 | |
| A-25 | John A. Burgess, Esq.<br>P.O. Box 766<br>Montpelier, Vermont  05602 | |
| | F. Lee Bailey, Esq.<br>Aaron J. Broder, Esq.<br>350 Fifth Avenue<br>New York, New York  10001 | |
| B-1 | Same as A-23 (Healey) | McDonald Douglas Corp.<br>  Mr. Stacey<br>  76 Sherborne Circle<br>  Weston, Mass. |

DOCKET NO. 43

# ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

MULTIDISTRICT CIVIL ACTIONS INVOLVING THE AIR CRASH DISASTER NEAR HANOVER, NEW HAMPSHIRE ON OCTOBER 25, 1968

(FIRST TWO PAGES OF ATTORNEY LIST NOT APART OF MAILING LIST Effective 10/29/70)

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 | Henry W. Sawyer, III, Esquire<br>Drinker, Biddle & Reath<br>1100 Philadelphia National Bank Bldg.<br>Philadelphia, Pennsylvania 19107 | NORTHEAST AIRLINES, INC.<br>  Rawle & Henderson<br>  1900 Packard Building<br>  Fifteenth & Chestnut Streets<br>  Philadelphia, Pennsylvania 19102<br>FAIRCHILD HILLER CORP.<br>  Duane, Morris & Heckscher<br>  1617 Land Title Building<br>  Broad & Chestnut Streets<br>  Philadelphia, Pennsylvania 19110 |
| A-2 | David H. Bradley, Esquire<br>Stebbins & Bradley<br>41 South Park Street<br>Hanover, New Hampshire 03755 | FAIRCHILD HILLER CORP.<br>  Lawrence E. Spellman, Esquire<br>  Martin L. Gross, Esquire<br>  Sulloway, Hollis, Godfrey & Soden<br>  9 Capitol Street<br>  Concord, New Hampshire 03301<br>COLLINS RADIO CO. (Also** Below)<br>WILCOX ELECTRIC CO., INC.<br>  Robert L. Chiesa, Esquire<br>  Wadleigh, Starr, Peters, Dunn & Kohls<br>  95 Market Street<br>  Manchester, New Hampshire 03101<br>COLLINS RADIO CO., INC. (**)<br>  As above; also<br>    Matthias J. Reynolds, Esquire<br>    Devine, Millimet, McDonough, Stahl<br>      & Branch<br>    1838 Elm Street<br>    Manchester, New Hampshire 03105<br>KOLLSMAN INSTRUMENT CORP.<br>  Charles F. Leahy, Esquire<br>  Orr & Reno<br>  95 North Main Street<br>  Concord, New Hampshire 03301<br>NORTHEAST AIRLINES, INC.<br>  Frederic K. Upton, Esquire<br>  Upton, Sanders & Upton<br>  14 Park Street<br>  Concord, New Hampshire 03301<br>UNITED STATES OF AMERICA<br>  David A. Brock, Esquire<br>  United States Attorney<br>  Concord, New Hampshire 03301 |

| No. | Plaintiff | Defendant |
|---|---|---|
| A-3 | Richard E. Davis, Esquire<br>Post Office Box 666<br>Barre, Vermont  05641 | FAIRCHILD HILLER CORP. *FREDERIC W. ALLEN*<br>  Wick, Dinse & Allen<br>  186 College Street<br>  Burlington, Vermont  05401<br>COLLINS RADIO COMPANY<br>  Dick, Hackel & Hull *(RICHARD HULL, ESQ)*<br>  50 Center Street<br>  Rutland, Vermont 05701<br>KOLLSMAN INSTRUMENT CORP.<br>  McNamara, Fitzpatrick & Sylvester<br>  192 College Street<br>  Burlington, Vermont  05402<br>NORTHEAST AIRLINES, INC.<br>  Coffrin and Pierson<br>  253 South Union Street<br>  Burlington, Vermont  05401<br>WILCOX ELECTRIC COMPANY, INC.<br>  French & Miller<br>  Service Building<br>  128 Merchants Row<br>  Rutland, Vermont  05701 |
| A-4 | Same as A-3 above (Davis) | Same defendants & counsel as A-3 above |
| A-5 | Robert K. Bing, Esquire<br>Clarke A. Gravel, Esquire<br>Gravel, Bing & Shea<br>109 South Winooski Avenue<br>Burlington, Vermont  05402 | "         "         "         " |
| A-6 | Same as A-5 above (Bing & Gravel) | George W. F. Cook, Esquire<br>United States Attorney<br>Rutland, Vermont 05701 |
| A-7 | King, Edwards & O'Connor<br>Bar Building<br>White Plains, New York  10601 | Bigham, Englar, Jones & Houston<br>99 John Street<br>New York, New York  10038 |
| A-8 | Speiser, Shumate, Geoghan, Krause<br>    & Rheingold<br>200 Park Avenue<br>New York, New York  10017 | Same as A-7 above (Bigham, Englar, etc.) |
| A-9 | Emile Z. Berman, Esquire<br>A. Harold Frost, Esquire<br>100 William Street<br>New York, New York  10038 | Same as A-7 & A-8 above |
| A-10 | Coffinas & Coffinas<br>~~608 5th Ave.~~ *32 COURT ST.*<br>~~New York,~~ *BROOKLYN,* New York  ~~10007~~ *11201* | Same as A-7 above (Bigham, Englar, etc.) |
| A-11 | Fuchsberg & Fuchsberg<br>250 Broadway<br>New York, New York  10007 | Same as A-7 above (Bigham, Englar, etc.) |

DOCKET NO. 43

## ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION

MULTIDISTRICT CIVIL ACTIONS INVOLVING THE AIR CRASH DISASTER NEAR HANOVER, NEW HAMPSHIRE ON OCTOBER 25, 1968

| No. | Plaintiff | Defendant |
|---|---|---|
| A-12<br>A-13<br>A-14<br>A-15<br>A-16 | Peter P. Plante, Esquire<br>Black & Plante<br>Municipal Building<br>White River Junction, Vermont 05001 | |
| A-17 | John A. Burgess, Esquire<br>Post Office Box 766<br>Montpelier, Vermont 05602 | |
| A-8 | continued from p. 1 | FAIRCHILD HILLER CORP.<br>  Chadbourne, Parke, Whiteside & Wolff<br>  25 Broadway<br>  New York, New York |
| A-18 | Craig Spangenberg, Esq.<br>Edward A. Cox, Esq.<br>Spangenberg, Hasenflue, Shibley & Traci<br>1500 National City Bank Bldg.<br>Cleveland, Ohio 44114 | ~~WESTINGHOUSE & WILCOX<br>  McLaughlin, Fiscella & Bianchi<br>  80 John Street<br>  New York, New York 10038<br>    Also same as A-2 above~~ |
| A-19 | M. J. Bertrand, Esq.<br>27 School St.<br>Montpelier, Vermont | NORTHEAST AIRLINES<br>  Upton, Sanders & Upton<br>  10 Centre Street<br>  Concord, New Hampshire 03301<br>    Attn: Frederic K. Upton, Esq.<br>    Also same as A-7 above |
| A-20 | Same as A-3 (Davis) | |
| A-21 | Same as A-3 (Davis) | WILCOX ELECTRIC CO. INC. & WESTINGHOUSE<br>  Maurice L. Noyer, Esq.<br>  Haight, Gardner, Poor & Havens<br>  80 Broad St.<br>  New York, New York 10004 |
| A-22 | ~~Samuel Adams~~<br>Franklin N. Cunningham<br>28 State St.<br>Boston, Mass. 02109 | ~~WESTINGHOUSE AIR BRAKE, INC.<br>  Maurice L. Noyer, Esq. (Same as for Wilcox above)~~<br><br>MCDONNELL-DOUGLAS CORP.<br>  6151 W. Centinela<br>  Suite 728  (A-22)<br>  Los Angeles, Calif. |